**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

---

| | |
|---|---|
| Colorado Mills LLC, a Colorado Limited Liability Company, | Court File No. _____ |
| Plaintiff, | |
| vs. | |
| Sunrich LLC, a Minnesota Limited Liability Company, and Colorado Sun Oil Processing LLC, a Colorado Limited Liability Company, | |
| Defendants. | |

---

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

Defendant Sunrich LLC is a wholly owned subsidiary of SunOpta, Inc. (NASDAQ: STKL).

Dated: March 22, 2010          **KUTAK ROCK LLP**

By:   */s/ Jeremy D. Peck*
      Thomas W. Snyder (#33106)
      Jeremy D. Peck (#36588)
      1801 California Street, Suite 3100
      Denver, CO 80202
      Telephone: (303) 297-2400
      Facsimile: (303) 292-7799
      thomas.snyder@kutakrock.com
      jeremy.peck@kutakrock.com

AND

**STOEL RIVES LLP**

_____
Eric A. Bartsch (#243723)
Marc A. Al (#247923)
Troy J. Hutchinson (#320420)
W. Teague Orgeman (#389241)
Emily L. Grande (#388783)
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8800
Facsimile: (612) 373-8881
eabartsch@stoel.com
maal@stoel.com
tjhutchinson@stoelcom
wtorgeman@stoel.com
elgrande@stoel.com

**ATTORNEYS FOR DEFENDANTS**